UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23554-GAYLES/Torres

CLARISSA BURRELL,

      Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice, including all claims that were or could have been raised in this action.  Each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| ATTORNEYS DELL AND SCHAEFER CHARTERED | MCDOWELL HETHERINGTON LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2625 Weston Rd. | 2385 N.W. Executive Center Drive |
| Weston, FL 33331 | Suite 400 |
| (954) 620-8300 | Boca Raton, FL 33431 |
| (954) 922-6864 fax | (561) 994-4311 |
| | (561) 982-8985 fax |

By: */s/ Stephen F. Jessup*
    Stephen F. Jessup
    Fla. Bar No. 0026264
    stephen@diattorney.com

By: */s/ Wendy L. Furman*
    Wendy L. Furman
    Fla. Bar No. 0085146
    wendy.furman@mhllp.com

Dated: July 17, 2023

Dated: July 17, 2023